UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER KIRK,<br><br>        Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 23-cv-02040-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the initial case management conference held on August 24, 2023, the Court imposes the following deadlines:

| | |
|---|---|
| Complete Private Mediation: | April 12, 2024 |
| Plaintiff's Rule 52 Opening Brief: | July 11, 2024 |
| Unum's Rule 52 Opening/Oppo Brief: | August 8, 2024 |
| Plaintiff's Rule 52 Oppo/Reply Brief: | September 5, 2024 |
| Unum's Rule 52 Reply Brief: | October 3, 2024 |
| Rule 52 Hearing: | October 24, 2024 at 11:00 a.m. |

Any discovery disputes, including a dispute as to whether any discovery is appropriate, shall be brought to the Court's attention as a discovery dispute joint letter no later than June 1, 2024. The discovery cut-off is June 13, 2024. The Court will hold a further case management conference on April 25, 2024 at 1:30 p.m. via Zoom video. The primary purpose of the conference will be to determine if referral for a magistrate judge settlement conference could be productive.

**IT IS SO ORDERED.**

Dated: August 24, 2023

JACQUELINE SCOTT CORLEY
United States District Judge