Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Jonathan H. Semerjian (Bar No. 346217)
jsemerjian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
660 South Figueroa Street, Suite 1980
Los Angeles, California 90017
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| ROGER KIRK, | Case No. 3:23-cv-02040-RFL |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND [PROPOSED] ORDER** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | Judge:   Hon. Rita F. Lin |
| Defendant. | Complaint Filed:   April 26, 2023 |

IT IS HEREBY STIPULATED, by and between Plaintiff ROGER KIRK and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

///
///
///
///
///

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

181045.1

1

Case No.  3:23-cv-02040-RFL
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

1   The Parties seek the Court's approval of the dismissal of the action with prejudice.

2   **IT IS SO STIPULATED**.

3

4   Dated:  November 28, 2023                    Brian H. Kim
                                                James P. Keenley
5                                               Emily A. Bolt
                                                BOLT KEENLEY KIM LLP
6

7                                               By:   _/s/ Brian H. Kim_____

8                                                     Brian H. Kim
                                                      Attorneys for Plaintiff
9                                                     ROGER KIRK

10

11  Dated:  November 28, 2023                    Nicole Y. Blohm
                                                Jonathan H. Semerjian
12                                              MESERVE, MUMPER & HUGHES LLP

13

14                                              By:   _/s/ Nicole Y. Blohm_____

15                                                    Nicole Y. Blohm
                                                      Attorneys for Defendant
16                                                    UNUM LIFE INSURANCE COMPANY
                                                      OF AMERICA

17

18

19                   **Filer's Attestation - Local Rule 5-1.(i)(3)**

20       The filing attorney attests that she has obtained concurrence regarding the filing of this

21  document and its content from the signatories to this document.

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

181045.1

2

Case No.  3:23-cv-02040-RFL
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

***<u>ORDER</u>***

Based upon the Stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED:**

Dated: _____Nov. 30_____, 2023          _____

Hon. Rita F. Lin
United States District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

181045.1